

## COURT OF APPEALS
## EIGHTH DISTRICT OF TEXAS
## EL PASO, TEXAS

| | | |
|---|---|---|
| THE STATE OF TEXAS, | § | No. 08-22-00174-CR |
| Appellant, | § | Appeal from the |
| v. | § | 210th Judicial District Court |
| CLEVY MUCHETTE NELSON, | § | of El Paso County, Texas |
| Appellee. | § | (TC# 20210D02380) |

## **J U D G M E N T**

The Court has considered this cause on the record and concludes there was error in the judgment. We therefore reverse the judgment of the court below and remand the cause for further proceedings, in accordance with this Court's opinion. This decision shall be certified below for observance.

IT IS SO ORDERED THIS 28TH DAY OF JUNE 2023.

YVONNE T. RODRIGUEZ, Chief Justice

Before Rodriguez, C.J., Palafox, and Soto, JJ.